JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>    Plaintiff,<br><br>  v.<br><br>Nicos Petrou, in his individual and representative capacity as trustee; Norma Petrou, in her individual and representative capacity as trustee; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01797-R-JCX<br><br>**ORDER OF DISMISSAL** |

### ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: July 11, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

1

ORDER OF Dismissal          Case: 2:14-CV-01797-R-JCX